# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **REVERSE MORTGAGE FUNDING, LLC,** § § | | |
| *Plaintiff,* § | | |
| § | | |
| v. § | MO:23-CV-00043 | |
| § | | |
| **GARRY DON WHITE, and TERRI J. WHITE,** § § | | |
| *Defendants.* § | | |

## FINAL JUDGMENT

By separate order,[1] the Court granted summary judgment to Reverse Mortgage Funding, LLC. Reverse Mortgage may now proceed with foreclosure of the property subject to this suit.

It is therefore **ORDERED** that Garry Don White has defaulted on the note dated October 10, 2013, and has not cured that default. Mr. White owes at least $158,667.49 through September 20, 2023, as well as the prejudgment and post-judgment interest accruing at a fixed rate of 2.243% and other expenses continuing to accrue under the note and deed of trust for which Mr. White is obligated to pay. All conditions precedent necessary for recovery have been accomplished.

It is also **ORDERED** that Reverse Mortgage is the current holder of the note and is the mortgagee of the security instrument. As such, Reverse Mortgage may proceed with foreclosure under the terms of the deed of trust, Section 51.002 of the Texas Property Code,

---

[1] ECF No. 21.

and applicable law on the property commonly know as 3619 Melody Lane, Odessa, TX 79762 and legally described as:

> LOT 9, BLOCK 14, CRESTWOOD ADDITION, AN ADDITION TO THE CITY OF ODESSA, ECTOR COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT OF RECORD IN VOLUME 3, PAGE 53, PLAT RECORDS, ECTOR COUNTY, TEXAS.

This judgment serves as an order authorizing Reverse Mortgage to foreclose their lien in compliance with Section 51.002 of the Texas Property Code and the deed of trust. Attorney fees and costs have been awarded by separate order. Court costs are likewise taxed against White. All relief not expressly requested is denied.

It is so **ORDERED**.

SIGNED this 8th day of December, 2023.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE